## 42674. EDWARDS v. WARE.

PER CURIAM. This court is without authority to consider an appeal requiring a transcript of the evidence where the record fails to disclose that the transcript was filed in the lower court within the time allowed by law or as extended by a valid

court order. *Davis v. Davis,* 222 Ga. 579 (151 SE2d 123);
*Joiner v. State,* 223 Ga. 367 (155 SE2d 8).

*Appeal dismissed. Jordan, P. J., Deen and Quillian, JJ., concur.*

ARGUED APRIL 5, 1967—DECIDED MAY 31, 1967—REHEARING
DENIED JUNE 20, 1967.

*William I. Aynes, Paul C. Myers, N. G. Reeves, Jr.,* for appellant.

*Spivey & Carlton, Milton A. Carlton, Sr.,* for appellee.